UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Lerner and Rowe, P.C.

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Andrew M. Gaggin
Lerner and Rowe, P.C.
2701 E. Camelback Road, Suite 140
Phoenix, Arizona  85016
602-977-1900

**Defendant(s):** Brown Engstrand & Shelly LLC, d/b/a The Accident Law Group

County of Residence: Maricopa

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- N/A
    Defendant:- N/A

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    840 Trademark

VI. Cause of Action:    15 U.S.C. §§ 1114, 1117 and 1125(a)(1)(a)

VII. Requested in Complaint
    Class Action: No
    Dollar Demand:
    Jury Demand: Yes

VIII. This case **is not related** to another case.

---

**Signature:  Andrew M. Gaggin**

**Date:** <u>09/08/2021</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**