**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lerner & Rowe, PC, an Arizona corporation,<br><br>         Plaintiff,<br>v.<br>Brown Engstrand & Shely LLC, d/b/a The Accident Law Group, an Arizona corporation; Joseph L. Brown, an individual, et al.,<br><br>         Defendants. | Case No. 2:21-cv-01540-DGC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL WITH CONSENT |

Notice is hereby given that, subject to approval by the Court, Defendants Brown Engstrand & Shely LLC, d/b/a The Accident Law Group and Joseph L. Brown substitute Maria Crimi Speth, State Bar No. 012574, and Aaron K. Haar, State Bar No. 030814 of the law firm of Jaburg & Wilk, P.C., as counsel of record in place of Brian J. Foster and Ross P. Meyer of Wilenchik & Bartness, P.C.

A proposed form of Order granting the substitution is submitted with this Stipulation.

Contact information for new counsel is as follows:

Maria Crimi Speth
JABURG & WILK, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, AZ  85012
mcs@jaburgwilk.com

Aaron K. Haar
JABURG & WILK, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, AZ  85012
akh@jaburgwilk.com

## CONSENTS TO SUBSTITUTION OF COUNSEL

Defendants Brown Engstrand & Shely LLC, d/b/a The Accident Law Group and Joseph L. Brown, consent to the above substitution.

Date: September 6, 2022            Joseph Brown and Associates, LLC formerly known as Brown Engstrand & Shely LLC, d/b/a The Accident Law Group

By /s/Joseph L. Brown
   Joseph L. Brown


/s/Joseph L. Brown
Joseph L. Brown


Counsel Brian J. Foster and Ross P. Beyer consent to be substituted.

Date: September 6, 2022            /s/ Brian J. Foster
                                   Brian J. Foster


/s/ Ross P. Meyer
Ross P. Meyer

Counsel Maria Crimi Speth and Aaron K. Haar consent to the above substitution.

Date: September 6, 2022          /s/ Maria Crimi Speth
                                 Maria Crimi Speth


                                 /s/Aaron K. Haar
                                 Aaron K. Haar


*Certificate of Service*

I hereby certify that on 6th day of September, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew M. Gaggin
Lerner & Rowe PC
2701 East Camelback Road
Suite 140
Phoenix, Arizona  85016
andrewg@lernerandrowe.com
Attorneys for Plaintiff


                                 /s/Debra Gower

3