LR000002

Google    lerner & rowe

Q All    News    Images    Maps    Videos    More    Settings    Tools

About 1,450,000 results (0.57 seconds)

Ad · http://www.accidentlawgroup.com/ ▾    (602) 262-4254

## Phoenix Auto Injury Lawyers - If We Don't Win, You Won't Pay

Accident's Happen - Understand Your Options. Call Us For Your Free Review! Free Consultation. Free Case Review. Exceed Expectations. Trusted Representation.

**Meet Our Team**
Highly Experienced Attorneys
Here To Help You

**Areas of Practice**
Exclusive to Accident & Injury Law
See Our Full List of Case Types

**Contact Us**
Book Your Free Consultation Online,
Call, or Visit Today

**FAQ**
The Most Frequent Questions
To Help You and Your Case

LR000006

6:56

AA    🔍  🔒  lerner and rowe    ↻

☰    Google

🔍  lerner and rowe

**All**    Images    Maps    Videos    News    Shopping    Books

Ad · Accident Law Group

📞  Call (602) 262-4254

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find out what your

with ALG experienced accident attorneys. Free Case Review. Trusted

LR000009



**Ad** · www.accidentlawgroup.com/ ▾   (602) 892-6896

## Arizona Injury Lawyers - Accident Law Group

Call now to speak with an experienced accident attorney. Our phone lines are open 24/7.

📍 Tempe · 2 locations nearby

lernerandrowe.com   ⋮

## Lerner and Rowe Injury Attorneys: Personal Injury Lawyers

Feb 18, 2020 — Hurt in a wreck? Call **Lerner** and **Rowe** Personal Injury Attorneys 24/7. We can help! Free consultations. No fee unless you win!

You've visited this page 2 times. Last visit: 3/8/21

### Attorneys
Lerner and Rowe® Injury Attorneys only handles ...

### Chicago
Lerner and Rowe® Injury Attorneys only handles ...

### Contact
Lerner and Rowe® Injury Attorneys only handles ...

### Las Vegas
Voted Best Personal Injury Law Firm* · 24/7 Free Consultations.

### Phoenix
Lerner and Rowe® Injury Attorneys only handles ...

### Lerner and Rowe Staff
Lerner and Rowe Injury Attorneys has been named #2 law firm in ...

More results from lernerandrowe.com »



LR000011



All    News    Images    Videos    Maps    More      Settings    Tools

About 1,070,000 results (0.52 seconds)

Ad · www.lernerandrowe.com/phoenix ▾   (602) 892-6268

## Lerner and Rowe - Award-Winning Law Firm

Hurt in a wreck? Call **Lerner** and **Rowe** Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of Satisfied Clients With Positive Reviews. A+ on the BBB.

### Car Accidents
Top Auto Accident Lawyers
Contact Us For Free Case Review

### Personal Injury Lawyer
Voted Best Personal Injury Attorney
Free 24/7 Call & Chat Consultations

Ad · www.accidentlawgroup.com/ ▾   (602) 262-4254

## Your Personal Injury Attorney - We Don't Win - You Don't Pay

We've Represented Over 4000 Satisfied Clients - Get A Free Consultation Now!

LR000013

**7:18**



Q 🔒 lerner and rowe

Q    lerner and rowe                    ✕

**All**    Images    Maps    Videos    News    Shopping

---

Ad · https://www.lernerandrowe.com/phoenix          ⋮

## Lerner and Rowe Law Firm - Lerner and Rowe

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of Satisfied Clients With Positive Reviews. Certified Specialist. Free Case Review. Free Consultations.

---

Personal Injury Lawyer

---

Car Accidents

---

Truck Accidents

---

📞    Call (602) 977-1900

---

Ad · Accident Law Group          ⋮

    Call (602) 262-4254

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find out what your options are.

---

## Lerner and Rowe Injury Attorneys          ⋮

● near you · Choose area

LR000015

12:53    .ıll 5G

Q    🔒 lerner rowe

---

Ad · Accident Law Group    ⋮

 **Call (602) 262-4254**

Accident Law Group · If We Don't Win, You Won…

If you've been injured in an accident, don't wait to find out what your options are. Call today to schedule your free consultation with our experienced accident…

📍 10 mi · Phoenix · N Black Canyon …    ◈

📍 10 mi · Tempe · E Broadway Rd    ◈

---

Ad · https://www.lernerandrowe.com/phoenix    ⋮

# Lerner and Rowe Law Firm - Lerner and Rowe

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of…

📞 Call (602) 977-1900

4:03 LR000019 5G

🔍 🔒 lerner rowe

Ad · Accident Law Group                                        ⓘ

    Call (602) 262-4254

Accident Law Group · If We Don't Win, You Won...

If you've been injured in an accident, don't wait to find out what your options are. Call today to schedule your free consultation with our experienced accident attorneys. Free Consultation. Trusted Representation.

  10 mi · Phoenix · N Black Canyon ...

Ad · https://www.lernerandrowe.com/phoenix              ⓘ

Lerner and Rowe - Lerner and Rowe Phoenix

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of Satisfied Clients With Positive Reviews.

9:58    LR000021    5G



Q 🔒 lerner & rowe

Ad · Accident Law Group                                    ⓘ

📞  Call (602) 262-4254
    Accident Law Group · Phone Lines Are Open 2...

If you've been injured in an accident, don't wait to find
out what your options are. Schedule your free
consultation with ALG experienced accident attorneys.
Free Consultation. Trusted Representation.

 5.9 mi · Phoenix · N Black Canyon...  |

Ad · http://www.lernerandrowe.com/                         ⓘ

📞  Call (602) 977-1900
    Lerner & Rowe Law Firm

In a Wreck, Need a Check? Call Us Now, We Can Help.
Voted Best Attorney in AZ. Contact Us 24/7. Free
Consultations. Free Case Review. A+ on the BBB.
Certified Specialist.

LR000022

9:56    5G

🔍 🔒 lerner rowe

Ad · https://www.accidentlawgroup.com/accident-law/phoe… ⓘ

# Auto Accident Attorney

Call Accident Law Group Today. Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating….



LR000024

11:48   5G

Q 🔒 lerner rowe

Ad · https://www.accidentlawgroup.com/accident-law/phoe… ⓘ

# Experienced Auto Attorney - We Don't Win - You Don't Pay

Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-…



LR000026

1:59

🔍 🔒 lerner and rowe

---

**Ad** · Accident Law Group                                                    ⓘ

📞 Call (602) 262-4254

Accident Law Group · If We Don't Win, You Won…

If you've been injured in an accident, don't wait to find out what your options are. Call today to schedule your free consultation with our experienced accident attorneys. Free Consultation. Trusted Representation. Exceed Expectations. Protecting Your Rights.

---

📍   10 mi · Phoenix · N Black Canyon …                     ◆

---

📍   10 mi · Tempe · E Broadway Rd                          ◆

LR000027

2:36

🔍 🔒 lerner & rowe

Ad · Accident Law Group                                    ⓘ

 Call (602) 262-4254

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find out what your options are. Schedule your free consultation with ALG experienced accident attorneys. Free Consultation. Trusted Representation.

Ad · https://www.lernerandrowe.com/phoenix        ⓘ

Lerner and Rowe - Lerner and Rowe Law Firm

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of...

LR000050

1:58    5G

$\mathrm{Q}$ 🔒 lerner rowe

Ad · https://www.accidentlawgroup.com/accident-law/phoe… ⓘ

# Experienced Auto Attorney - We Don't Win - You Don't Pay

Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-…



| Contact Us | Areas of Practice | Meet Our Team | FA |

 Call (602) 262-4254

LR000032

🔍 lerner rowe                                    ✕

**All**    News    Images    Videos    Maps    Shopping

Ad · https://www.accidentlawgroup.com/accident-law/phoe…    ⓘ

## Auto Accident Attorney - Call Accident Law Group Today

Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-…

## Contact Us

## Areas of Practice

📞    Call (602) 262-4254

Ad · http://www.lernerandrowelawgroup.com/    ⓘ

📞 **Call (602) 667-7777**
Lerner and Rowe Law Group

Facing DUI or Criminal Charges? Public Defender

◁    ▷        ⬆️        📖        ⧉

LR000034

4:52                                                    5G

Q 🔒 lerner & rowe

**Ad · Accident Law Group**                                                ⓘ

📞 **Call (602) 262-4254**

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find out what your options are. Schedule your free consultation with ALG experienced accident attorneys. Free Consultation. Trusted Representation.

📍 6.5 mi · Phoenix · N Black Canyon…    |    ➤

---

**Ad · https://www.lernerandrowe.com/phoenix**                            ⓘ

## Lerner and Rowe - Lerner and Rowe Law Firm

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of Satisfied Clients With Positive Reviews.

---

**Ad · https://www.azinjuredworker.com/**                                  ⓘ

## For Your Injuries - Let Us Stand Up For You - azinjuredworker.com

Let us help you navigate the legal waters and relieve the stress from your life.

---

## Scholarly articles for **lerner & rowe**

Biochemical evidence that MCF murine leukemia … - Elder - Cited by 418

The distribution of the alpha7 nicotinic acetylcholine … - Coughlin - Cited by 21

Paleomagnetic determination of the age and properties … - **Lerner** - Cited by 6

LR000055

**10:34**    5G

🔍 🔒 lerner rowe

---

Ad · http://www.accidentlawgroup.com/accident-law/phoe... ⓘ

# Trusted Phoenix Injury Lawyer - We Don't Win - You Don't Pay

We've Represented Thousands Of Satisfied Clients - Get A Free Consultation Now! Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-...



---

📞    Call (602) 262-4254

---

📍    10 mi · Phoenix · N Black Canyon …    ◈

---

📍    10 mi · Tempe · E Broadway Rd    ◈

LR000037

3:58    .ıll 5G 🔋

Q 🔒 lerner & rowe

Ad · Accident Law Group                                    ⓘ

📞 Call (602) 262-4254

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find
out what your options are. Schedule your free...

📍 10 mi · Phoenix · N Black Canyon ...        ➦

📍 10 mi · Tempe · E Broadway Rd              ➦

Ad · http://www.getlawyersnow.com/                        ⓘ

📞 Call (877) 647-2302

Get Lawyers Now · Get Car Injury Lawyers

Got injured in Car Accident? Get the compensation you
deserve For Your Car injury Accident. Get Fast Attorne...

Ad · http://www.palumbowolfe.com/                         ⓘ

# #1 Personal Injury Attorneys - Palumbo Wolfe & Palumbo

Arizona lawyers -over 100 years experience -personal
injury- medical malpractice. Talk To Injury Lawyer.

## Scholarly articles for **lerner & rowe**

Biochemical evidence that MCF murine leukemia … - Elder
- Cited by 418

The distribution of the alpha7 nicotinic acetylcholine … -
Coughlin - Cited by 21

Paleomagnetic determination of the age and properties … -
**Lerner** - Cited by 6

LR000039

11:04    .ıll 5G 🔋

Q  🔒 lerner & rowe

Ad · https://www.accidentlawgroup.com/accident-law/phoe…  ⓘ

## Experienced Auto Attorney - We Don't Win - You Don't Pay

Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-…



📞    Call (602) 262-4254

---

Ad · https://www.arjashahlaw.com/  ⓘ

## (Recommended) Arja Shah Law - Payment Plans Available

If You Are Unhappy with Your Current Attorney, Contact Shah Law PLLC. Arja Shah has Successfully…



---

Ad · http://www.lernerandrowe.com/  ⓘ

 ## Call (602) 977-1900
Lerner & Rowe Law Firm

In a Wreck, Need a Check? Call Us Now, We Can Help.

---

## Scholarly articles for **lerner & rowe**

Biochemical evidence that MCF murine leukemia … - Elder - Cited by 418

The distribution of the alpha7 nicotinic acetylcholine … - Coughlin - Cited by 21

LR000040

3:58                                          .ill 5G 🔋

Q 🔒 lerner rowe

Ad · Accident Law Group                                        ⓘ

 **Call (602) 262-4254**

Accident Law Group · PHX's Premier Accident …

If you've been injured in an accident, don't wait to find out what your options are. Schedule your free…

# Lerner and Rowe Injury Attorneys          ⋮

● near you · **Choose area**



( Available online )   ( Within 0.25 mi )   ( Sort by distance )   ( Ope

---

**A  Lerner and Rowe**

81 ft · 2701 E Camelback Rd #…
Open 24 hours
Onsite services ·
Online appointments

                
**CALL**              **DIRECTIONS**

---

**B  Lerner & Rowe Law Group**

379 ft · 2701 E Camelback Rd …
Open 24 hours
Onsite services ·
Online appointments

                
**CALL**              **DIRECTIONS**

---

ℝ  https://lernerandrowe.com                    ⋮

# Lerner and Rowe Injury Attorneys

Feb 18, 2021 — Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help!

LR000042

3:57 ⬈                                                                  📶 5G 🔋

🔍 🔒 lerner and rowe

---

**Ad · Accident Law Group**                                             ⓘ

📞 **Call (602) 262-4254**

Accident Law Group · Premier Accident Attorneys

If you've been injured in an accident, don't wait to find out what your options are. Schedule your free…

📍 10 mi · Phoenix · N Black Canyon …                      ➡️

---

**Ad · https://www.lernerandrowe.com/phoenix**             ⓘ

**Always Available 24/7 - Lerner and Rowe Law Firm**

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of…

📞   Call (602) 977-1900

---

**Ad · http://www.getlawyersnow.com/**                     ⓘ

📞 **Call (877) 647-2302**

Get Lawyers Now · Get Car Injury Lawyers

Got injured in Car Accident? Get the compensation you deserve For Your Car injury Accident. Get Fast Attorne…

---

# Lerner and Rowe Injury Attorneys                         ⋮

● near you · **Choose area**



LR000043

🔍 lerner & rowe                                          ✕

**All**    News    Shopping    Images    Videos    Maps

Ad · https://www.accidentlawgroup.com/accident-law/phoe…    ⋮

# Auto Accident Attorney - Call Accident Law Group Today

Our Personal Attention Equals Professional Results - Get A Free Consultation Now. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-…

Contact Us

Areas of Practice

Meet Our Team

FAQ

📞    Call (602) 262-4254

LR000046

11:31  .ıl 5G ▬

AA  Q 🔒 lerner & rowe  ✕

# Google

lerner & rowe  ✕

**All**  News  Shopping  Images  Videos  Maps

---

Ad · Accident Law Group  ⋮

 **Call (602) 262-4254**
Accident Law Group · If We Don't Win, You Won...

If you've been injured in an accident, don't wait to find out what your options are.

---

 10 mi · Phoenix · N Black Canyon ... |

---

Ad · https://www.hutzlerlaw.com/workmans-comp/lawyer  ⋮

 **Call (602) 345-1979**
Hutzler's Law Firm, PLLC · AZ Workplace Injury...

We Fight for Every Client as if They Were Family. If We Don't Win, You Won't Pay. Call Now To Speak w/An...

---

 Visit website

---

Ad · https://www.lernerandrowe.com/phoenix  ⋮

**Lerner and Rowe - Lerner and Rowe Law Firm**

LE00047

**9:14**

Q 🔒 lerner and rowe

---

**Ad** · http://www.accidentlawgroup.com/ ⋮

# Accident Law Group - Phone Line Open 24/7. Call Now

Call for your free consultation with our experienced accident attorneys. Free Consultation. Trusted Representation. 5 Star Avvo Rating. Experienced Attorneys. Top-Rated Injury Lawyers....



| Contact Us | Areas of Practice | Meet Our Team | FA |

📞 Call (602) 262-4254

---

# Lerner and Rowe Injury Attorneys ⋮



**A** Lerner and Rowe

15.1 mi · 2701 E Camelback R...
Open 24 hours
Onsite services ·
Online appointments

 
CALL    DIRECTIONS

---

**B** Lerner and Rowe Injury
Attorneys

8.2 mi · Glendale, AZ
Open 24 hours
Online appointments

 
CALL    DIRECTIONS

LR000048

11:31   📶 5G 🔋

AA          🔍 🔒 lerner and rowe          ✕

Google

🔍 lerner and rowe                          ✕

**All**   Images   Maps   Videos   News   Shopping

Ad · Accident Law Group                              ⋮

📞   **Call (602) 262-4254**
     Accident Law Group · If We Don't Win, You Won...

If you've been injured in an accident, don't wait to find out what your options are. Call today to schedule your free consultation with our experienced accident attorneys. Free Consultation. Trusted Representation. Exceed Expectations. Protecting Your Rights.

📍   10 mi · Phoenix · N Black Canyon ...        ◆

📍   10 mi · Tempe · E Broadway Rd              ◆

Ad · https://www.lernerandrowe.com/phoenix      ⋮

**Lerner and Rowe - Lerner and Rowe Law Firm**

Hurt in a wreck? Call Lerner and Rowe Personal Injury Attorneys 24/7. We can help. Tens Of Thousands Of...

📞   Call (602) 977-1900

LR000049

1:34

.ıll 5G

AA        🔍 🔒 lerner rowe        ✕

Google

🔍 lerner rowe        ✕

**All**    News    Images    Videos    Maps    Shopping

Ad · https://www.accidentlawgroup.com/                    ⋮

# Accident Law Group - Arizona Accident Lawyers

Call now to speak with an experienced accident lawyer. Our phone lines are open 24/7. As a former insurance...

Contact Us

Areas of Practice

Meet Our Team

📞    Call (602) 262-4254

Ad · https://www.lernerandrowe.com/phoenix                    ⋮

# Lerner and Rowe Law Firm - Lerner and Rowe

Hurt in a wreck? Call Lerner and Rowe Personal Injury

< >        ⬆️        📖        ⧉

LR000050

12:03  •ıll 5G ◼

AA   🔍 🔒 lerner and rowe   ↻

# Google

🔍 lerner and rowe   ✕

**All**   Images   Maps   Videos   News   Shopping

**Ad** · Accident Law Group   ⋮

📞 **Call (602) 262-4254**

Accident Law Group · If We Don't Win, You Won...

If you've been injured in an accident, don't wait to find out what your options are. Call today to schedule your...

📍 10 mi · Phoenix · N Black Canyon ...   ➦

📍 10 mi · Tempe · E Broadway Rd   ➦

## Lerner and Rowe Injury Attorneys   ⋮



**A** Lerner and Rowe

72 ft · 2701 E Camelback Rd #...   📞   ➦

Open 24 hours

‹   ›   ⬆   📖   ⧉

LR000052

12:03

.ill 5G 🔋

AA   🔍 🔒 lerner rowe   ↻

---

Google

🔍 lerner rowe   ✕

**All**   News   Images   Videos   Maps   Shopping

---

Ad · Accident Law Group   ⋮

📞 **Call (602) 262-4254**

Accident Law Group · Phone Lines Are Open 24/7

If you've been injured in an accident, don't wait to find out what your options are. Schedule your free…

---

📍 10 mi · Phoenix · N Black Canyon …   ➤

---

📍 10 mi · Tempe · E Broadway Rd   ➤

---

# Lerner and Rowe Injury Attorneys   ⋮

Overview   Locations

🔵 near you · Choose area   ⋮



LR000062

11:30 ⌲

.ıll 5G 🔋

Q 🔒 lerner rowe

---

Ad · https://www.accidentlawgroup.com/                        ⋮

## Arizona Injury Lawyers - Call Today to Speak With Us

Call now to speak with an experienced accident attorney. Our phone lines are open 24/7. As a former insurance adjuster, we know what they're going to do before they do it. Free…



📞    Call (602) 262-4254

---

Ad · https://www.larryhparkerphoenix.com/                     ⋮

## Personal Injury Law Firm - Injury Law Firm - larryhparkerphoenix.com

Over 40 years of experience. Trust our injury attorneys to maximize your compensation. We can get full & fair compensation for your personal injuries. We'll Fight For You®. No Fees Unless We Win. We'll Fight For You ®.

---

# Lerner and Rowe Injury Attorneys                            ⋮



A  Lerner and Rowe

68 ft · 2701 E Camelback Rd #…
Open 24 hours
Onsite services ·
Online appointments


CALL


DIRECTIONS